PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Apr 12, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0072 JDP |
| Plaintiff, | VIOLATION: 50 U.S.C. § 797(a)(1) – Willfully Violating any Defense Property Security Regulation |
| v. | |
| MAGDALA CRITTENDEN, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE:   [50 U.S.C. § 797(a)(1) – Willfully Violating any Defense Property Security Regulation]

The United States Attorney charges:  T H A T

MAGDALA CRITTENDEN,

defendant herein, on or about December 22, 2021, at Travis Air Force Base, in Solano County, in the State and Eastern District of California, did willfully violate a defense property security

///
///
///

1 | regulation, in violation of Title 50, United States Code, Section
2 | 797(a)(1), a Class A misdemeanor.

Dated: April 12, 2022          PHILLIP A. TALBERT
                               United States Attorney

                         By:   /s/ *John E. Scanlon*
                               JOHN E. SCANLON
                               Special Assistant U.S. Attorney

## Penalty Slip

## UNITED STATES v. MAGDALA CRITTENDEN

### COUNT ONE:

| | |
|---|---|
| VIOLATION: | 50 U.S.C. § 797(a)(1) – Willfully Violating any Defense Property Security Regulation |
| PENALTY: | Imprisonment of not more than one year, a fine of not more than $100,000, or both. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | One year |