PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-cr-00072-JDP |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [Proposed] ORDER |
| | ) | TO RESCHEDULE PRE-TRIAL DATES |
| v. | ) | |
| | ) | |
| MAGDALA CRITTENDEN, | ) | DATE: August 23, 2022 |
| | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | ) | |

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, stipulate as follows:

1.  By previous order, this matter was scheduled for a jury trial on August 23, 2022 at 10:00 a.m.  Motions in limine, proposed voir dire, trial briefs, witness lists, and exhibit lists are due on July 18, 2022.  Any replies to motions in limine are due on July 25, 2022.  A trial confirmation hearing via Zoom is scheduled on August 1, 2022 at 10:00 a.m.  Excludable time under Local Code T4 was ordered through August 23, 2022.

2.  By this stipulation, the parties now jointly move to vacate

the July 18, 2022 and July 25, 2022 dates and propose the following dates:

    a)   Motions in limine, proposed voir dire, trial briefs, witness lists and exhibits lists are due on July 25, 2022; and,

    b)   Any replies to motions in limine shall be due on August 1, 2022.

    3.   All other dates and exclusions will remain as ordered.

IT IS SO STIPULATED.

DATED: July 12, 2022        PHILLIP A. TALBERT
                                  United States Attorney

                        By:  */s/ Heiko P. Coppola*
                           HEIKO P. COPPOLA
                           Assistant U.S. Attorney

                           */s/ Linda Allison*
                           LINDA ALLISON
                           Assistant Federal Defender
                           Counsel for Defendant

                           *(Approved via email on 7/12/2022)*

///
///
///
///
///
///
///
///

**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO ORDERED, that motions in limine, proposed voir dire, trial briefs, witness lists and exhibit lists are due on July 25, 2022. Any replies to motions in limine are due on August 1, 2022.

IT IS FURTHER ORDERED, that the trial confirmation hearing via Zoom on August 1, 2022 at 10:00 a.m. and the jury trial set for August 23, 2022 at 10:00 a.m. along with Local Code T4 exclusions shall remain as previously ordered.

SO ORDERED this 12th day of July, 2022.

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE