PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAGDALA CRITTENDEN, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | 2:22-cr-00072-JDP <br><br> GOVERNMENT'S MOTION TO DISMISS AND VACATE JURY TRIAL AND ALL OTHER RELATED DATES <br><br> DATE:  August 23, 2022 <br> TIME:  10:00 a.m. <br> JUDGE: Honorable Jeremy D. Peterson |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, moves for an Order dismissing the above-entitled matter without prejudice.

The United States further requests that the scheduled dates for the filing of all trial-related documents and the jury trial set for August 23, 2022 be vacated.

DATED: July 19, 2022         PHILLIP A. TALBERT
                             United States Attorney


                        By:  */s/ Heiko P. Coppola*
                             HEIKO P. COPPOLA
                             Assistant U.S. Attorney