UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>MAGDALA CRITTENDEN,<br><br>              Defendant. | 2:22-cr-00072-JDP<br><br>[~~Proposed~~]ORDER TO DISMISS AND VACATE JURY TRIAL AND ALL OTHER RELATED DATES<br><br>DATE:  August 23, 2022<br>TIME:  10:00 a.m.<br>JUDGE: Honorable Jeremy D. Peterson |

It is hereby ordered that the United States of America's Motion to Dismiss the above-entitled matter without prejudice is GRANTED.

It is further ordered that all scheduled dates for the filing of trial-related documents and the jury trial scheduled for August 23, 2022 are vacated.

IT IS SO ORDERED.

Dated: July 20, 2022

HON. JEREMY D. PETERSON
United States Magistrate Judge

ORDER TO DISMISS AND VACATE
JURY TRIAL & RELATED DATES            1            U.S. v. MAGDALA CRITTENDEN